42 So.2d 843

**Leo JOHNSON v. STATE ex rel. Philip SHANKS, Jr., as Solicitor.**

**8 Div. 522.**

Supreme Court of Alabama.

Oct. 10, 1949.

Noble J. Russell and Russell W. Lynne, of Decatur, for appellant.

A. A. Carmichael, Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

42 So.2d 843

**William JONES v. KERSHAW, BUTLER, ENGINEERS, Ltd.**

**8 Div. 444.**

Supreme Court of Alabama.

Oct. 25, 1949.

Wade H. Morton, of Birmingham, for appellant.

Robt. W. Smith, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

45 So.2d 869

**James S. KENDRICK, Adm'r, v. Rose B. KENDRICK.**

**3 Div. 551.**

Supreme Court of Alabama.

Feb. 23, 1950.

Jones & Key, of Evergreen, for appellant.

Edwin C. Page, Jr., of Evergreen, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

42 So.2d 843

**Ex parte Mrs. Lamar A. LATHAM.**

**6 Div. 973.**

Supreme Court of Alabama.

Oct. 12, 1949.

S. Palmer Keith, Jr., of Birmingham, for petitioner.

PER CURIAM.

Rule nisi denied; petition dismissed.

42 So.2d 844

**Ex parte Hugh MORRIS.**

**6 Div. 951.**

Supreme Court of Alabama.

Aug. 18, 1949.

Rehearing Denied Oct. 27, 1949.

Hugh A. Locke and Winton G. Wilson, of Birmingham, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin and M. Roland Nachman, Jr., Asst. Atty. Gen., for the State.

PER CURIAM.

Writ denied on authority of Ex parte Wheeler, 231 Ala. 356, 165 So. 574.

All the Justices concur except GARDNER, C. J., and FOSTER, J., not sitting.